No. 45075.—Protest 967333–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the atomizers in question are similar in all material respects to those the subject of *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.